**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY E. ROSS, JR.,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br>Defendants. | No. 2:26-cv-2398-DC-ICD<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The matter is set for an initial status/scheduling conference before the undersigned on October 14, 2026, at 10:00 a.m., in Redding, California. On or before October 7, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: September 18, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE